1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  WENDY GARBERS (CSBN 213208)
   Assistant United States Attorney
4
         450 Golden Gate Ave. 9th Floor
5        San Francisco, CA 94102
         Telephone:    (415) 436-6475
6        Facsimile:    (415) 436-6748
         Email: Wendy.Garbers@usdoj.gov
7
   Attorneys for Federal Defendant
8  United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12  NICK O'ROURKE,                           )  Case No.
                          Plaintiff,         )
13                                           )
                   v.                        )
14                                           )
    PETALUMA HEALTH CENTER, INC.; TIM        )  NOTICE OF REMOVAL OF
15  MORAN, MBA, CFO; NURIT LICHT, MD,        )  CIVIL ACTION
    CMO; JEANNE ZABOUT, RN, BSN, COO,        )
16                                           )
                          Defendants.        )
17                                           )

18

19  **Clerk of Court, Superior Court of CA,**         See Proof of Service for Service List
    **Sonoma County**
20  **Hall of Justice – Small Claims Division**
    **600 Administration Drive, Room 107J**
21  **Sonoma, CA 95403**

22
            PLEASE TAKE NOTICE that on this day case no. MSC-185282 pending before the Sonoma
23
    County Superior Court, Civil and Small Claims Division is being removed to the United States District
24
    Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 2679(d)(2)
25
    and 42 U.S.C. § 233(c), (l)(1) on behalf of federal defendants Petaluma Health Center, Inc., Tim Moran,
26
    MBA, CFO, Nurit Licht, M.D., CMO, and Jeanne Zabout, RN, BSN, COO.  Upon direction by the
27
    Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the undersigned attorneys
28
    **NOTICE OF REMOVAL**
    **O'Rourke v. Petaluma Health Center, Inc. et al.**
    **Case No.**
                                                  1

hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On April 8, 2015, plaintiff Nick O'Rourke, filed a claim and order to go to small claims court in the Sonoma County Superior Court. The complaint was filed against defendants Petaluma Health Center, Inc., Tim Moran, MBA, CFO, Nurit Licht, M.D., CMO, and Jeanne Zabout, RN, BSN, COO. Plaintiffs alleged that on or about April 15, 2014 to May 1, 2014, defendants did not provide adequate notice of dismissal without cause. Plaintiff further alleges that defendants were unable to provide medical care following abandonment, failed to diagnose plaintiff's injury through failure to provide practical diagnosis, and that x-rays at a new facility revealed the cause for plaintiff's pain. See Exhibit 1.

2. On July 10, 2015, the United States Attorney's Office received notification from the United States Department of Health and Human Services regarding this pending lawsuit. The small claims complaint filed in the Sonoma County Superior Court, Civil and Small Claims Division have not been served on the United States Attorney's Office as required by Fed. R. Civ. P. 4(i)(1)(A).

3. This action must be removed to federal district court because this action is against a federally supported health center and employees, among other defendants. Pursuant to the Federal Tort Claims Act ("FTCA") and the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Petaluma Health Center, Inc. was deemed eligible for FTCA malpractice coverage and its employees were covered under the FTCA on January 1, 2014 to December 31, 2014. Further, Tim Moran, MBA, CFO, Nurit Licht, M.D., CMO, and Jeanne Zabout, RN, BSN, COO ,are or were employees of the health center and were acting within the scope of their employment at all times material to such alleged incidents. See Certification Pursuant to 28 U.S.C. § 2679(d).

4. Upon certification by the Attorney General, this action shall be removed to district court at any time prior to trial. Pursuant to written delegation from Melinda Haag, the duly appointed United States Attorney for the Northern District of California, the Acting Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in her by the Attorney General, pursuant to 28 C.F.R. § 15.4. The Acting Chief of the Civil Division has certified that Tim

**NOTICE OF REMOVAL**
**O'Rourke v. Petaluma Health Center, Inc. et al.**
**Case No.**

1  Moran, MBA, CFO, Nurit Licht, M.D., CMO, and Jeanne Zabout, RN, BSN, COO, were acting within
2  the course and scope of their employment with the health center, which were deemed eligible for FTCA
3  malpractice coverage.  <u>See</u> Certification Pursuant to 28 U.S.C. § 2679(d).  This certification is
4  conclusive for purposes of removal.  28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted as the party defendant for federal defendants Petaluma Health Center, Inc., Tim Moran, MBA, CFO, Nurit Licht, M.D., CMO, and Jeanne Zabout, RN, BSN, COO, pursuant to 28 U.S.C. § 2679(d)(2).  This action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions.  28 U.S.C. § 2679(d)(4).

6. This action is one arising under the Constitution and laws of the United States, and it is therefore an action over which the district courts of the United States have original jurisdiction.  <u>See</u> 28 U.S.C. § 1331.  It is removable to this court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 2679(d)(2) and 42 U.S.C. § 233(c), (l)(1).

7. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court. This filing will automatically effect removal of the action in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: July 10, 2015                          /s/
                                              WENDY GARBERS
                                              Attorneys for Federal Defendant
                                              United States of America

**NOTICE OF REMOVAL**
**O'Rourke v. Petaluma Health Center, Inc. et al.**
**Case No.**

3

# EXHIBIT 1

Received at front desk 4-14-15 @ 1PM. Kim

| SC-100 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |
|---|---|

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

ENDORSED FILED
APR - 8 2015
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

*Fill in court name and street address:*
**Superior Court of California, County of**
Superior Court of California
County of Sonoma
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403
(707) 521-6500

*Clerk fills in case number and case name:*
**Case Number:** MSC - 185282
**Case Name:** Orueke v Petaluma Health

**Order to Go to Court**

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. MAY 2 2 2015 | 1:30 | 19 | ~~3055 Cleveland Ave.~~ |
| | 2. | | | ~~Santa Rosa, CA 95403~~ |
| Date: APR - 8 2015 | 3. | JOSE O. GUILLEN Clerk, by | | Teresa Leith, Deputy |

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

**SC-100**, Page 1 of 5 →

Plaintiff (list names): Nick O'Rourke

Case Number: _____

### 1. The Plaintiff (the person, business, or public entity that is suing) is:

Name: Nick O'Rourke  Phone: (707) 481-4365
Street address: 2117 St. Augustine Circle, Petaluma, CA 94954
Mailing address (if different): _____

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____ Phone: ( )
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

### 2. The Defendant (the person, business, or public entity being sued) is:

Name: Petaluma Heatlh Center, INC   Phone: (707) 559-7500
Street address: 1179 North McDowell Blvd, Petaluma, CA 94954
Mailing address (if different): _____

**If more than one Defendant, list next Defendant here:**
Name: Tim Moran, MBA CFO   Phone: (707) 559-7594
Street address: 1179 North McDowell Blvd, Petaluma, CA 94954
Mailing address (if different): _____

☑ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

### 3. The Plaintiff claims the Defendant owes $ 7,500 . (Explain below):

a. Why does the Defendant owe the Plaintiff money? Physician did not provide adequate notice for dismissal without cause. Loss of income, mental distress and inability to provide medical care following abandonment. Failure to diagnose plaintiff's injury through failure to provide practical diagnosis. X-Rays done at new facility revealed cause for patients pain. Injury resulted from dereliction of duty by medical staff, supervisors and management.

b. When did this happen? (Date): About April 15, 2014
   If no specific date, give the time period: Date started: April 15, 2014  Through: May 1, 2014

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) Loss of earnings, injury, pain & suffering, severe emotional distress w/ prolonged extreme social anxiety and paranoia.

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff *(list names):* Nick O'Rourke

Case Number:

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
- a. ☑ (1) Where the Defendant lives or does business.
  (2) Where the Plaintiff's property was damaged.
  (3) Where the Plaintiff was injured.
  (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.
- b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
- c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
- d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
- e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 94954

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 4/7/15    Nick O'Rourke
*Plaintiff types or prints name here*    ▶ *Plaintiff signs here*

Date: _____    _____    _____
*Second Plaintiff types or prints name here*    *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

# SC-100  Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

### Need help?
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

---

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

# SC-100 Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
www.courts.ca.gov/reclamosmenores/preparese.

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.



**¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

| SC-100A | **Other Plaintiffs or Defendants** | Case Number: |
|---|---|---|

☑ This form is attached to Form SC-100, item 1 or 2.

**① If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: Nurit Licht, MD CMO
Street address: 1179 North McDowell Blvd          Phone: (707) 559-7500
City: Petaluma     State: CA     Zip: 94954
Mailing address (if different): _____
City: _____ State: _____ Zip: _____
Is this plaintiff doing business under a fictitious name? ☐ Yes  ☑ No   If yes, attach Form SC-103.

Other plaintiff's name: Jeanne Zabout, RN, BSN, COO
Street address: 1179 North McDowell Blvd          Phone: (707) 559-7500
City: Petaluma     State: CA     Zip: 94954
Mailing address (if different): _____
City: _____ State: _____ Zip: _____
Is this plaintiff doing business under a fictitious name? ☐ Yes  ☑ No   If yes, attach Form SC-103.

☐ Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

**② If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: _____
Street address: _____ Phone: (___) _____
City: _____ State: _____ Zip: _____
Mailing address (if different): _____
City: _____ State: _____ Zip: _____

Other defendant's name: _____
Street address: _____ Phone: (___) _____
City: _____ State: _____ Zip: _____
Mailing address (if different): _____
City: _____ State: _____ Zip: _____

☐ Check here if more than 4 defendants and fill out and attach another Form SC-100A.

**③ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**④** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 4/7/2015     Nick O'Rourke
                   *Type or print your name*          ▶ *Sign your name*

Date: _____     _____
                   *Type or print your name*          ▶ *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.
**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)
SC-100A, Page ___ of ___