1

2

3

4

5

6

7

8

**UNITED STATES  DISTRICT COURT**

9

Northern District of California

10

San Francisco Division

11

Nick O'Rourke,                                                    No. 3:15-cv-03215-LB

12

              Plaintiff(s),                NOTICE REGARDING LEGAL HELP
DESK AND *HANDBOOK FOR*

13

    v.                                                       *LITIGANTS WITHOUT A LAWYER*

14

Petaluma Health Center, Inc., et al.,

              Defendant(s).

15

_____/

16

Nick O'Rourke,                                                    Related Case: 3:15-cv-03219-LB

17

              Plaintiff(s),

18

    v.

19

20

Annie Nicol, RN, FNP, PA, et al.,

              Defendant(s).

21

_____/

22

23

              **I.  NOTICE TO** Nick O'Rourke:

24

    Because you are representing yourself in this case, the Court issues this notice to you about legal

25

resources available to you and the legal standard that applies to summary judgment motions.

26

             **II.  RESOURCES AVAILABLE TO YOU**

27

    First, the Court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*.

28

It provides instructions on how to proceed at every stage of your case, including discovery, motions,

and trial.

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  Second, you may wish to seek assistance from the Legal Help Center, a free service of the

2 Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on

3 the15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco,

4 California.  At the Legal Help Center, you will be able to speak with an attorney who may be able to

5 provide basic legal help but not representation.  A copy of the Legal Help Center's flyer is attached.

6

7 Dated: July 27, 2015     _____

           LAUREL BEELER
8         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE (No.3:15-cv-03215-LB and 3:15-cv-03219-LB)   2